DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: (866)790-2242
Facsimile: (888)802-2440
Email: daniel@malakauskas.com

Attorney for PLAINTIFF:
CYNTHIA HOPSON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**,<br><br>         PLAINTIFF,<br><br>     v.<br><br>**NORMS RESTAURANTS LLC**, as an entity and doing business as "Norms", **NMS SANTA ANA LLC**, and DOES 1-10, inclusive,<br><br>         DEFENDANTS. | Case No.:   8:16-cv-2251-AG-DFM<br><br>**NOTICE OF SETTLEMENT** |

**LET THIS HONORABLE COURT TAKE NOTICE:**

   Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled. Plaintiff also requests sixty (60) days in which to file the dismissal in order to ensure that parties are able to perform under the terms of the settlement agreement.

Date: January 20th, 2017                         Respectfully Submitted,

                                         /s/Daniel Malakauskas
                                         By: Daniel Malakauskas
                                         Attorney for Plaintiff,
                                         CYNTHIA HOPSON

Notice of Settlement

1