DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: (866)790-2242
Facsimile: (888)802-2440
Email: daniel@malakauskas.com

Attorney for PLAINTIFF:
CYNTHIA HOPSON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**,<br><br><br>PLAINTIFF,<br><br><br>v.<br><br>**NORMS RESTAURANTS LLC**, as an entity and doing business as "Norms", **NMS SANTA ANA LLC**, and DOES 1-10, inclusive,<br><br>DEFENDANTS. | Case No.:  8:16-cv-2251-AG-DFM<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41] |

**PLEASE TAKE NOTICE**, that plaintiff hereby unilaterally requests that this action be and is hereby dismissed in its entirety, against all defendants, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).

Date:  February 6th, 2017.

/s/ Daniel Malakauskas
By: Daniel Malakauskas
Attorney for Plaintiff

Notice of Dismissal with Prejudice